IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE JAMES CHEATHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-164 |
| | ) | |
| STATE; RICHMOND COUNTY JAIL; | ) | |
| RICHMOND COUNTY SHERIFF'S | ) | |
| OFFICE; and TERRY PARKS, | ) | |
| | ) | |
| Defendants. | ) | |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT - 3 2025

FILED

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of October, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA